443 A.2d 381

Commonwealth v. Hollis, Appellant.

Submitted February 2, 1981. James J. Phelan, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.

POPOVICH, J., concurred in the result.

443 A.2d 381

Commonwealth v. Johnson, Appellant.

Argued September 11, 1980. David P. Trulli, for appellant; Eliot Present, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.